**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

All American Semiconductor, Inc.,

Plaintiff,

vs.

Wells Fargo Minnesota, N.A.,
National Association,

Defendant.

**STIPULATION AND ORDER**

File No. 01-1441 (DDA/FLN)

**STIPULATION**

The above-named parties, by their undersigned attorneys, hereby stipulate that the Defendant in the above-entitled action may have until September 18, 2001, to answer, move, or otherwise respond to the Complaint in the above-entitled action.

LEONARD, STREET AND DEINARD
Professional Association

By ______________________
Robert P. Thavis (#122488)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402-4238
(612) 335-1500

Attorneys for Plaintiff
All American Semiconductor, Inc.

Dated: August 29, 2001

LAPP, LIBRA, THOMSON, STOEBNER
& PUSCH, CHARTERED

By ______________________
Richard T. Thomson (#109538)
One Financial Plaza, Suite 2500
120 South 6th Street
Minneapolis, MN 55402
(612) 338-5815

Attorneys for Defendant
Wells Fargo Minnesota, N.A.

Dated: August 29, 2001

FILED 9-5-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the Defendant may have until September 18, 2001, to answer, move, or otherwise respond to the Complaint.

Dated: Sept 5, 2001

Franklin L. Noel
Chief United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500