UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| ALL AMERICAN SEMICONDUCTOR, INC., Plaintiff, vs. WELLS FARGO MINNESOTA, N.A., National Association, Defendant. | CASE NO. 01-1441 DDA/FLN<br>**STIPULATION AND ORDER** |

**STIPULATION**

The parties hereto, by and through their undersigned counsel of record, hereby stipulate to entry of an Order amending the pretrial schedule in the form attached hereto. The basis and good cause for said Stipulation and Order is as follows:

(1) On or about March 7, 2002, Judge Alsop issued an Order granting in part and denying in part defendant's motion to dismiss, and providing an opportunity for defendant to immediately appeal the portion of the Order denying its motion in part; and

(2) Thereafter, defendant declined to pursue an immediate appeal and propounded certain discovery to plaintiff; and

(3) Plaintiff and defendant disagree as to whether defendant is entitled to the discovery it propounded in view of Judge Alsop's March 7, 2002 Order; and



FILED MAY 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

(4) Plaintiff and defendant agree that plaintiff should be permitted an opportunity to bring a motion for summary judgment before Judge Alsop, after a motion by plaintiff before this Court to stay discovery until after resolution of the motion for summary judgment; and

(5) The parties wish to extend the deadlines in the pretrial schedule so that plaintiff's motion to stay discovery may be determined and any remaining discovery obligations may be met and plaintiff may bring its motion for summary judgment.

NOW, THEREFORE, the parties hereto, by and through their undersigned counsel of record, stipulate to entry of an amended pretrial schedule in the form attached hereto.

Richard T. Thomson (#109538)
LAPP, LIBRA, THOMSON, STOEBNER
& PUSCH, CHARTERED
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-5815

*Attorneys for Defendant*
*WELLS FARGO MINNESOTA, N.A.*

Dated: May 17, 2002.

Robert P. Thavis (#122488)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**and**

Robert W. Turken (Florida Bar No. 306355)
BILZIN SUMBERG DUNN BAENA
PRICE & AXELROD, LLP
First Union Financial Center
200 South Biscayne Blvd., Ste. 2500
Miami, Florida 33131
Telephone: (305) 473-7580

*Attorneys for Plaintiff ALL AMERICAN SEMICONDUCTOR, INC.*

Dated: May 17, 2002.

**ORDER**

Based upon the stipulation of the parties, and for good cause shown therein, the Court hereby issues this amended pretrial schedule. Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following amended schedule shall govern this proceeding. The amended schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by March 15, 2002.

   b. All discovery shall be commenced in time to be completed by November 1, 2002.

   c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 25 Requests for Admission shall be served by any party.

   e. No more than 25 Document Requests shall be served by any party.

   f. No more than 7 non-expert depositions shall be taken by any party.

   g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by January 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      (1) By plaintiff(s) on or before November 15, 2002.

      (2) By defendant(s) on or before November 15, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

(1) By plaintiff(s) on or before November 15, 2002.

(2) By defendant(s) on or before November 15, 2002.

c. Each party may depose no more than 2 expert witnesses on or before January 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to March 1, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Sheri Frette at 651-848-1176.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial on and after April 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 2-3 days.

Dated: May 29, 2001

Franklin L. Noel
~~Chief~~ Magistrate Judge

2216226v1

## *Featured Speakers Include:*

District of Minnesota

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

United States Bankruptcy Court
District of Minnesota

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** *Judge Ann D. Montgomery* |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | **Current Issues in Employment Law,** *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; **Response by the Department of Justice --** *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** *Martin A. Cole (Lawyers Professional Responsibility Office)* |

### Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building