UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

All American Semiconductor, Inc.,

Plaintiff,

v.

Wells Fargo Minnesota,

Defendants.

Civil No. 01-1441 DDA/FLN

**ORDER**

---

Robert P. Thavis, for Plaintiff.
Richard T. Thomson, for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 1, 2002, on (1) Plaintiff's Motion to Stay Discovery [#20] and (2) Defendant's Motion to Compel [#23].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. (1) Plaintiff's Motion to Stay Discovery [#20] be **GRANTED**.

2. Defendant's Motion to Compel [#23] be **DENIED without Prejudice**.

DATED: July 2, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

JUL 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK