# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

All American Semiconductor, Inc.

Plaintiff,

v.

Wells Fargo Minnesota, N.A.,
National Association,

Defendant.

01cv1441 (DDA/FLN)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the parties' cross motions for **SUMMARY JUDGMENT** will be heard on Thursday, October 3, 2002 at 10:00 a.m., before the undersigned in Courtroom 4, Warren E. Burger Federal Courts Building, St. Paul, Minnesota.

DATED: September 18, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

SEP 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK