**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| All American Semiconductor, Inc., Plaintiff, | File No. 01-1441 (DDA/FLN) |
| vs. | **ORDER** |
| Wells Fargo Minnesota, N.A., National Association, Defendant. | |

The above-entitled matter came on before the Honorable Donald D. Alsop on defendant's *ex parte* application to fix the period for notice of defendant's motion for stay of judgment pending appeal, or, in the alternative, for approval of a supersedeas bond, and for correction of the caption.

Based upon the submissions of counsel, and upon all of the files, records and proceedings herein, and the Court being fully advised, it is hereby ordered:

**ORDER**

1. Defendant's motion for stay of judgment pending appeal, or, in the alternative, for approval of a supersedeas bond, and for correction of the caption shall be held on August 14, 2003, at 2:00 p.m.

2. Defendant shall serve notice of such hearing, along with its motion papers, on or before August 11, 2003.

~~LET JUDGMENT BE ENTERED ACCORDING~~LY.

Dated: August 11, 2003.

Honorable Donald D. Alsop
Senior Judge, United States District Court
for the District of Minnesota

AUG 1 ? 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK