**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

All American Semiconductor, Inc.,

Plaintiff,

v.

Wells Fargo Minnesota, N.A.,
National Association,

Defendant.

01 CV 1441 (DDA/FLN)

**ORDER**

---

The above-entitled matter came on before the Honorable Donald D. Alsop on defendant's motion for stay of judgment pending appeal, or, in the alternative, for approval of a supersedeas bond.

Based upon the submissions of counsel, and upon all files, records, and proceedings herein, and the Court being fully advised,

**IT IS HEREBY ORDERED** the Judgment entered by this Court on July 21, 2003, shall be stayed pending the final resolution of this case on appeal.

DATED: August 14, 2003.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED AUG 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK