UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ALL AMERICAN SEMICONDUCTOR, INC.,
Plaintiff,

vs.

WELLS FARGO BANK MINNESOTA, N.A., National Association,

Defendant.

CASE NO. 01-1441 DDA/FLN

**STIPULATION AND ORDER**

**STIPULATION**

The parties hereto, by and through their undersigned counsel of record, hereby stipulate to the entry of an Order changing the name of the defendant as referenced in the case caption, and as referenced in the Judgment entered herein on July 21, 2003, from "Wells Fargo Minnesota, N.A." to "Wells Fargo Bank Minnesota, N.A."

Richard T. Thomson (#109538)
LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHARTERED
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-5815

*Attorneys for Defendant WELLS FARGO BANK MINNESOTA, N.A.*

Dated: Aug. 15, 2003.

Robert P. Thavis (#122488)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**and**

Robert W. Turken (Florida Bar No. 306355)
BILZIN SUMBERG DUNN BAENA PRICE & AXELROD, LLP
First Union Financial Center
200 South Biscayne Blvd., Ste. 2500
Miami, Florida 33131
Telephone: (305) 473-7580

*Attorneys for Plaintiff ALL AMERICAN SEMICONDUCTOR, INC.*

Dated: Aug. ____, 2003.

AUG 19 2003
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2382264v1

**ORDER**

Based upon the stipulation of counsel, the name of the defendant in the case caption of this action is changed from "Wells Fargo Minnesota, N.A." to "Wells Fargo Bank Minnesota, N.A.," and the name of the defendant on the Judgment entered in this case on July 21, 2003, a copy of which is attached hereto as Exhibit A, is amended from "Wells Fargo Minnesota, N.A." to "Wells Fargo Bank Minnesota, N.A."

BY THE COURT:

Dated: Aug. 19, 2003

Donald D. Alsop
Judge of United States District Court

AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

All American Semiconductor, Inc.

V.

Wells Fargo Minnesota, N.A.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1441 DDA/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
All American's renewed motion for summary judgment [48-1] [48-2] is granted. Wells Fargo's motion for summary judgment on the issue of damages [53-1] is denied. The Clerk shall enter judgment as follows: Pltf All America Semiconductor, Inc. shall have and recover of Deft Wells Fargo MN, N.S., $945,111.14 together with interest on that amount determined in accordance with Minn. Stat. 549.09 from 1/3/01.

July 21, 2003
Date

RICHARD D. SLETTEN, CLERK

Marcy Brickelmyer
(By) Marcy Brickelmyer, Deputy Clerk

(61)

EXHIBIT A

Modified:03/10/03