UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| All American Semiconductor, Inc., Plaintiff, | ) | File No. 01-1441 (DDA/FLN) |
| vs. | ) | **SATISFACTION OF JUDGMENT** |
| Wells Fargo Minnesota, N.A., National Association, Defendant. | ) | |

I, Robert P. Thavis, attorney for the judgment creditor herein, hereby certify that the judgment that was entered in this Court on July 24, 2003, as well as the Order on Plaintiff's Motion for an Award of Attorneys' Fees, in favor of All American Semiconductor, Inc., and against Wells Fargo Minnesota, N.A., have been fully satisfied and the Clerk of Court shall record the same.

Robert P. Thavis

Subscribed and sworn to before me this 1st day of ~~September~~ November, 2004.

Judith A. Lutgen
Notary Public

SCANNED
NOV 05 2004
U.S. DISTRICT COURT ST. PAUL

**LAPP, LIBRA, THOMSON, STOEBNER & PUSCH**
CHARTERED
ATTORNEYS AT LAW

WILLIAM S. LAPP
DAVID A. LIBRA*
RICHARD T. THOMSON
JOHN R. STOEBNER*
GREGORY D. PUSCH
JULIA A. CHRISTIANS
DAVID A. HARBECK
RALPH V. MITCHELL
DAVID C. WEINSTEIN†

WILLIAM S. GLEW OF COUNSEL

ONE FINANCIAL PLAZA
SUITE 2500
120 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402

TELEPHONE (612) 338-5815
FACSIMILE (612) 338-6651

*REAL PROPERTY LAW SPECIALIST
CERTIFIED BY THE MINNESOTA STATE BAR ASSOCIATION
†ALSO LICENSED IN CONNECTICUT AND NEW YORK

WRITER'S DIRECT DIAL: (612) 343-4968
E-MAIL: rthomson@lapplibra.com

RECEIVED
BY MAIL
NOV 05 2004
CLERK, US DIST. COURT
ST. PAUL, MN

November 4, 2004

Clerk of U. S. District Court
District of Minnesota
U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: All American Semiconductor, Inc. vs. Wells Fargo Minnesota, N.A.
Court File No. 01-1441 (DDA/FLN)

Dear Sir/Madam:

Enclosed for filing please find original and two copies of Satisfaction Of Judgment in the above-entitled action.

Very truly yours,

Richard T. Thomson

RTT/jlp
Enclosures
cc: Mr. Robert P. Thavis
Mr. Robert W. Turkin
01-272